John Sokoot, Respondent, v. Michael Przeniczny and Another, Appellants.— The plaintiff provided the sum of $2,000 to enable the defendants to purchase a farm. The plaintiff brought this action to recover the amount in question, alleging that he had made a loan to the defendants upon their agreement to repay it on demand. The defendants denied the making of a loan, and contended that the money was a gift coupled with an agreement that the plaintiff should have his home on the farm as long as he wished to live there. Whether the transaction resulted in a loan or gift was submitted to the jury, and there is sufficient evidence to justify the verdict that a loan was made. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

Percy Aldrich, Appellant, v. The State of New York, Respondent. (Claim No. 22232.) — Appeal from dismissal of claim of the claimant, seeking to recover damages to person and property sustained on January 2, 1932, at about ten a. m. on a State highway, in the town of Malta, county of Saratoga, on account of the alleged negligence on the part of the State of New York. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.